AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

March 24, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Yvette Lujan
                DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mark R. Walters | ) | Case No. 4:21-mj-314 (DF) |
| ██████████████ | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 03/18/2021 _____ in the county of _____ Brewster _____ in the

_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 922 (g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

On 03/18/2021 Mark R. Walters, a convicted felon was found in possession of a firearm. The firearm, a Glock 9mm (SN:BMFF448), was found in an orange backpack inside the vehicle that WALTERS was operating.

☑ Continued on the attached sheet.

/s/Alan Mcpherson
*Complainant's signature*

Alan McPherson, U.S. Park Ranger
*Printed name and title*

Date: _____ 03/23/2021 _____

Complaint sworn to telephonically on
March 24, 2021 and signed electronically.
FED.R.CRIM.P. 4.1(b)(2)(A)

*Judge's signature*

City and state: _____ Alpine, TX _____

David B. Fannin
*Printed name and title*

### Affidavit in Support of Criminal Complaint, Mark R. Walters

1. I am Alan McPherson and I have been a U.S. Park Ranger (USPR) with the National Park Service for twelve years. I am a graduate of the Land Management Police Training program at the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia. Prior to attending FLETC, I completed the Park Law Enforcement Training Program, a basic law enforcement academy, at Skagit Valley College and I served in the U.S. Army for 11 years.

2. The information in this affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

3. On 18 March 2021 at approximately 11:30 I responded to a call from Big Bend Communications Center (Dispatch) which reported that a white male driving a black Jeep with Texas license plate number 4F9123, had been in a threatening verbal altercation with a park employee at the Panther Junction Visitor Center. Dispatch informed me that when they ran the plate it came back as a stolen license plate. I located the vehicle and stopped it at the Homer Wilson Ranch parking lot on Route 15 in Big Bend National Park.

4. At about 11:45 hours on 18 March 2021, Ranger Jeff Leininger arrived on scene and asked Walters if he had any weapons in his vehicle. Walters indicated that he did have a pistol in the orange backpack on the passenger seat. Leininger secured the weapon in my patrol vehicle while Walters was being interviewed. Leininger informed me that the weapon, a Glock 9mm pistol (BMFF448), had a loaded magazine but no bullet in the chamber.

5. Walters was arrested on a warrant out of Austin, TX and during a review of his criminal history it was revealed that Walters had been convicted of multiple felony level offenses. Possession of a forged instrument (felony) 1994, Operating Motor Vehicle .10 of 1% Alcohol -2nd offense (Felony) 1994, Hit and Run (felony) 2000, Felony Driving while License Suspended (felony) 2001, Violation of Probation (felony) 2002, Burglary of a Habitation (felony) 2002, Credit Card or Debit Card Abuse (felony) 2005, Fraud use/possession of identifying info (felony) 2005, Tamper with witness (felony) 2005, Obstruction or Retaliation (felony) 2007, Tamper/Fabricate Physical Evidence with intent to Impair (felony) 2019.

6.  I swear, under penalty of perjury, that the information in this affidavit is true and correct to the best of my knowledge and belief.

/s/Alan McPherson

_____

Alan McPherson, U.S. Park Ranger

David B. Fannin, United States Magistrate Judge